McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

FEB 8 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | [~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
|---|---|
| The Cellular Telephone Assigned Call Number 775-420-6287 | 2:18-SW-0432 AC |
| The Cellular Telephone Assigned Call Number 775-221-2856 | 2:18-SW-0456 CKD |
| The Cellular Telephone Assigned Call Number 209-765-4381 | 2:18-SW-0457 CKD |
| Information Associated With The Snapchat Account "Sanchez79" That Is Stored At Premises Controlled By Snap, Inc. | 2:18-SW-0464 CKD |
| The Property Located at 28974 Avenue 22, Madera, California | 2:18-SW-0507 EFB |
| A White Ford F-150 bearing California license plate 43199F2 | 2:18-SW-0509 EFB |
| Apple iPhone cellular telephone bearing IMEI 352016078588316 ("Device # 1") and an Apple iPhone bearing IMEI 355693075423122 ("Device # 2") | 2:18-SW-0524 KJN |

| | |
|---|---|
| 1 | |
| 2 | Upon application of the United States of America and good cause having been shown, |
| 3 | IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed. |

Dated: Feb 7, 2019

The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE